No. 67. HALL BROS. ET AL. *v.* CITY OF CLEVELAND ET AL. Supreme Court of Ohio. Certiorari denied. *Kent*

*Meyers* for petitioners.